ALLEN v. HINSON

No. 69 PC.

Case below: 12 N.C. App. 515.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 December 1971.

CAMPBELL v. MAYBERRY

No. 72 PC.

Case below: 12 N.C. App. 469.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 December 1971.

CUMMINGS v. LOCKLEAR

No. 67 PC.

Case below: 12 N.C. App. 572.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 December 1971.

HODGE v. HODGE

No. 65 PC.

Case below: 12 N.C. App. 574.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 December 1971.

IN RE HOPPER and HOPPER v. MORGAN

No. 14 PC.

Case below: 11 N.C. App. 611.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 December 1971.